# IN THE SUPREME COURT OF THE STATE OF NEVADA

MCGEE & MCGEE WINE
MERCHANTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY, D/B/A
SAPPHIRE FAMILY OF WINES,
Appellant,
vs.
JAM CELLARS, INC., A CALIFORNIA
CORPORATION; AND JOHN
ANTHONY VINEYARDS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY,
Respondents.

No. 70172

FILED

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

This is an appeal from a district court order that, in part, denied appellant's motion for a preliminary injunction. Appellant has submitted to this court an emergency motion to stay the district court's order pending resolution of this appeal and to enjoin respondents from taking certain actions (stay motion). Later the same day, respondents filed a notice indicating that the underlying action has been removed to the United States District Court for the District of Nevada. A copy of the notice of removal filed in the federal court is attached to respondents' notice. Under 28 U.S.C. § 1446(d), after the filing of a notice of removal, and notice to this court of its filing, "the State court shall proceed no further unless and until the case is remanded." We therefore take no action on the pending motions and, to avoid having this appeal linger on

16-14815

our docket indefinitely, dismiss this appeal without prejudice to its reinstatement on remand from the federal district court.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Scott N. Freeman, District Judge
Wm. Patterson Cashill, Settlement Judge
Bradley Drendel & Jeanney
Guild, Gallagher & Fuller, Ltd.
Lewis Roca Rothgerber Christie LLP/Las Vegas
Lewis Roca Rothgerber Christie LLP/Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A